the case of *Zander Reum Co. v. Congregation B'Nei Moshe, supra.*

The second contention of the appellant cannot be considered by us, for the reason that it is predicated upon an alleged clause in an alleged contract between the appellant and the appellee, not introduced in evidence.

Finding no error in this record, the decree of the Circuit Court of Cook county will be affirmed.

*Affirmed.*

### Leonardo Calabrease, Appellee, v. City of Chicago Heights, Appellant.

#### Gen. No. 19,799. (Not to be reported in full.)

Appeal from the City Court of Chicago Heights; the Hon. CHARLES H. BOWLES, Judge, presiding. Heard in in the Branch Appellate Court at the October term, 1913. Affirmed. Opinion filed November 19, 1914.

### Statement of the Case.

Action by Leonardo Calabrease against the City of Chicago Heights to recover damages sustained by plaintiff through the loss of the services of his thirteen-year-old son and for expenses incurred in curing the son of personal injuries sustained by him on account of a defective sidewalk. The case was tried before a court and jury and the latter returned a verdict in favor of plaintiff and assessed his damages at five hundred dollars. The plaintiff entered a remittitur of one hundred dollars and judgment was entered for four hundred dollars. To reverse the judgment, defendant appeals.

EDWARD J. KLOSS, for appellant; GEORGE A. BRINK-MAN, of counsel.

DANIEL L. CRUICE and A. S. LANGILLE, for appellee.

MR. JUSTICE SCANLAN delivered the opinion of the court.

## Abstract of the Decision.

MUNICIPAL CORPORATIONS, § 1224*—*when statutory notice to city of claim for personal injuries unnecessary.* Section 7, ch. 70, Hurd's R. S. 1912, J. & A. ¶ 6190, requiring a person who is about to sue a city for personal injuries to file a notice of the accident, *held* to apply only to the case of a person who intends to bring an action for an injury to his person and not to apply to a case where a father intends to bring suit for the loss of services and the expenses of curing his minor son who sustained the injuries.

## Frederick Lundquist, Appellant, v. Albert L. Quist, Administrator, et al., Appellees.

### Gen. No. 19,813.    (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. WILLIAM E. DEVER, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1913. Affirmed. Opinion filed November 19, 1914.

## Statement of the Case.

Bill by Frederick Lundquist against Andrew M. Quist, E. P. Nelson and Albert L. Quist to restrain defendants from prosecuting a suit in the Municipal Court of Chicago, in which defendant E. P. Nelson was the plaintiff and the complainant was the defend-

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.